**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-01213-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  May 20, 2011** | **Courtroom Deputy:**  Linda Kahoe |
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION, | Joseph F. Yenouskas |
|     Plaintiff, | |
|     v. | |
| REPUBLIC MORTGAGE INSURANCE COMPANY, | Julie Aldort |
|     Defendant, | |
| ELOISE BURGES,
NIA CONSULTING, LTD., | Mark William Bayer |
|     Interested Parties. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      8:15 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Motion to Quash Subpoenas Served on Eloise Burges, doc #[1], filed 5/5/2011.

Mr. Bayer presents arguments.

Mr. Yenouskas presents arguments.

Ms. Aldort presents arguments.

The court notes that the subpoena was served on Ms. Burges in her individual capacity.  The court refers to Rule 30(b)(6).

The court cites legal authority relating to a subpoena duces tecum.  The court states that Ms. Burges only has to produce documents in her possession, custody and control.

The court refers to Rule 45(c)(1).  The court refers to Rule 26(b)(2)(C).

For the reasons as stated on the record, it is:

**ORDERED:**  Motion to Quash Subpoenas Served on Eloise Burges, doc #[1], is **GRANTED.** This Order does not preclude First Tennessee Bank from pursuing remedies under Rule 30(b)(6).

Discussion regarding Unopposed Motion to Seal, doc #[6], filed 5/19/2011.  The court refers to Local Rule 7.2.

**ORDERED:**  The Unopposed Motion to Seal, doc #[6], is **GRANTED.**

**ORDERED:**  This case is administratively closed.


HEARING CONCLUDED.

**Court in recess**:        8:44 a.m.
Total time in court:    00:29


To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.